UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>vs.<br><br>MEDICAL EVALUATIONS, P.C.; FLINT WELLNESS & DIAGNOSTIC CENTER, PLLC; REHABILITATION MEDICINE GROUP, P.C.; TETE ONIANGO, M.D., PLLC; SUNCARE REHAB, INC.; ANN ARBOR PHYSICAL THERAPY SERVICES, P.C.; PROGRESSIVE THERAPY & REHAB CENTER, INC.; SPECTRUM DEVELOPMENT CORPORATION d/b/a RESTORATIVE THERAPY SERVICES, INC.; NORTHWESTERN REHABILITATION SERVICES, LLC; NEW ERA PHYSICAL THERAPY, P.C.; JAMES E. BEALE, JR., M.D.; IRWIN M. LUTWIN, D.O.; SAUL I. WEINGARDEN, M.D.; TETE E. ONIANGO, M.D.; SUNDARAM S. PILLAI; TAHZIBUL H. RIZVI; JIMS T. VARGHESE; VINOD B. JOSHI; and MARK J. BRENNAN, M.D.,<br><br>                Defendants. | Civil Action No. 13-cv-14682-NGE-DRG<br><br>Judge Nancy G. Edmunds |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SAUL I. WEINGARDEN, M.D. AND REHABILITATION MEDICINE GROUP, P.C.**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by plaintiffs Allstate Insurance Company and Allstate Property & Casualty Insurance Company (collectively, "Allstate") and defendants Saul I Weingarden, M.D. and Rehabilitation Medicine Group, P.C., by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed

with prejudice as to Saul I. Weingarden, M.D. and Rehabilitation Medicine Group, P.C. without costs or fees of any kind to any party.

STIPULATED AND AGREED TO THIS 28th DAY OF JANUARY, 2014.

| Respectfully Submitted, | |
|---|---|
| *Allstate Insurance Company and Allstate Property & Casualty Insurance Company,* | *Saul I. Weingarden, M.D. and Rehabilitation Medicine Group, P.C.,* |
| By their Attorneys, | By their Attorney, |
| */s/ Jacquelyn A. McEttrick* <br> _____ <br> Richard D. King, Jr. <br> Nathan A. Tilden <br> Jacquelyn A. McEttrick <br> SMITH & BRINK, P.C. <br> 350 Granite St. <br> Suite 2303 <br> Braintree, MA 02184 <br> (617) 770-2214 | */s/ Kenneth Rich* <br> _____ <br> Kenneth Rich <br> RICH & CAMPBELL, P.C. <br> 30665 Northwestern Highway <br> Suite 201 <br> Farmington Hills, MI 48334 <br> (284) 406-8000 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                Plaintiffs,

vs.

MEDICAL EVALUATIONS, P.C.; FLINT
WELLNESS & DIAGNOSTIC CENTER, PLLC;
REHABILITATION MEDICINE GROUP, P.C.;
TETE ONIANGO, M.D., PLLC; SUNCARE
REHAB, INC.; ANN ARBOR PHYSICAL
THERAPY SERVICES, P.C.; PROGRESSIVE
THERAPY & REHAB CENTER, INC.;
SPECTRUM DEVELOPMENT CORPORATION
d/b/a RESTORATIVE THERAPY SERVICES,
INC.; NORTHWESTERN REHABILITATION
SERVICES, LLC; NEW ERA PHYSICAL
THERAPY, P.C.; JAMES E. BEALE, JR., M.D.;
IRWIN M. LUTWIN, D.O.; SAUL I.
WEINGARDEN, M.D.; TETE E. ONIANGO,
M.D.; SUNDARAM S. PILLAI; TAHZIBUL H.
RIZVI; JIMS T. VARGHESE; VINOD B. JOSHI;
and MARK J. BRENNAN, M.D.,

                Defendants.

Civil Action No. 13-cv-14682-NGE-DRG

Judge Nancy G. Edmunds

## **ORDER ALLOWING STIPULATION OF DISMISSAL AS TO DEFENDANTS SAUL I. WEINGARDEN, M.D. AND REHABILITATION MEDICINE GROUP, P.C.**

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

3

4

IT IS HEREBY ORDERED that DEFENDANTS SAUL I. WEINGARDEN, M.D. and REHABILITATION MEDICINE GROUP, P.C. are hereby dismissed with prejudice and without costs to any party.

Date: January 28, 2014              s/Nancy G. Edmunds
                 NANCY G. EDMUNDS
                 United States District Court