UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MEDICAL EVALUATIONS, P.C., et al., <br><br> Defendants. | Case No. 13-cv-14682 <br> Hon. Matthew F. Leitman |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company and Allstate Property and Casualty Insurance Company (collectively, "Allstate") and defendants Medical Evaluations, P.C., Flint Wellness & Diagnostic Center, PLLC, Suncare Rehab, Inc., Ann Arbor Physical Therapy Services, P.C., Progressive Therapy & Rehab Center, Inc., Spectrum Development Corporation d/b/a Restorative Therapy Services, Inc., Northwestern Rehabilitation Services, LLC, James E. Beale, Jr., M.D., Irwin M. Lutwin, D.O., Sundaram S. Pillai, Tahzibul H. Rizvi, and Jims T. Varghese (hereinafter referred to as "the settling defendants"), by and through their undersigned counsel, that Allstate's causes of actions in the above-referenced matter be dismissed with prejudice as to the settling defendants only without costs or fees of any kind to any party.

STIPULATED AND AGREED TO THIS 13th DAY OF MAY, 2015.

| | |
|---|---|
| *Allstate Insurance Company and Allstate Property and Casualty Company,*<br><br><br>By their Attorneys,<br><br>*/s/ Jacquelyn A. McEttrick*<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>SMITH & BRINK, P.C.<br>350 Granite Street<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 (phone) | *Medical Evaluations, P.C., Flint Wellness & Diagnostic Center, PLLC, Suncare Rehab, Inc., Ann Arbor Physical Therapy Services, P.C., Progressive Therapy & Rehab Center, Inc., Spectrum Development Corporation d/b/a Restorative Therapy Services, Inc., Northwestern Rehabilitation Services, LLC, James E. Beale, Jr., M.D., Irwin M. Lutwin, D.O., Sundaram S. Pillai, Tahzibul H. Rizvi, and Jims T. Varghese*<br><br>By their Attorney,<br><br>*/s/ Craig S. Romanzi*<br>Craig S. Romanzi (P45549)<br>CRAIG S. ROMANZI, P.C.<br>31000 Northwestern Highway,<br>Suite 220<br>Farmington Hills, MI 48334<br>(313) 960-4600 (phone) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY, et al.,

       Plaintiffs,

vs.

MEDICAL EVALUATIONS, P.C., et al.,

       Defendants.

Case No. 13-cv-14682
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that plaintiffs' causes of actions in the above-referenced matter be dismissed with prejudice as to defendants Medical Evaluations, P.C., Flint Wellness & Diagnostic Center, PLLC, Suncare Rehab, Inc., Ann Arbor Physical Therapy Services, P.C., Progressive Therapy & Rehab Center, Inc., Spectrum Development Corporation d/b/a Restorative Therapy Services, Inc., Northwestern Rehabilitation Services, LLC, James E. Beale, Jr., M.D., Irwin M. Lutwin, D.O., Sundaram S. Pillai, Tahzibul H. Rizvi, and Jims T. Varghese only, without costs or fees of any kind to any party.

**IT IS SO ORDERED.**

       /s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated: May 13, 2015