UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                Plaintiffs,

vs.

TETE ONIANGO, M.D., PLLC and
TETE E. ONIANGO, M.D.,

                Defendants.

Case No. 13-cv-14682
Hon. Matthew F. Leitman

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company and Allstate Property and Casualty Insurance Company (collectively, "Allstate") and defendants Tete Oniango, M.D., PLLC and Tete E. Oniango, M.D. (collectively, the "Oniango Defendants"), by and through their undersigned counsel, that all of Allstate's causes of action against the Oniango Defendants in the above-referenced matter except Count XXIII (payment under mistake of fact) be dismissed with prejudice and without costs or fees of any kind to any party.

STIPULATED AND AGREED TO THIS 13th DAY OF OCTOBER, 2015.

| | |
|---|---|
| *Allstate Insurance Company and Allstate Property and Casualty Company,*<br><br>By their Attorneys,<br><br><br>*/s/ Jacquelyn A. McEttrick*<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>SMITH & BRINK, P.C.<br>350 Granite Street<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 (phone) | *Tete Oniango, M.D., PLLC and Tete E. Oniango, M.D.*<br><br>By their Attorney,<br><br><br>*/s/ Craig S. Romanzi*<br>Craig S. Romanzi (P45549)<br>CRAIG S. ROMANZI, P.C.<br>31000 Northwestern Highway,<br>Suite 220<br>Farmington Hills, MI 48334<br>(313) 960-4600 (phone) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                      Plaintiffs,

vs.

TETE ONIANGO, M.D., PLLC and
TETE E. ONIANGO, M.D.,

                      Defendants.

Case No. 13-cv-14682
Hon. Matthew F. Leitman

## ORDER OF PARTIAL DISMISSAL

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that plaintiffs' causes of actions against defendants Tete Oniango, M.D., PLLC and Tete E. Oniango, M.D. in the above-referenced matter except Count XXIII (payment under mistake of fact) be dismissed with prejudice and without costs or fees of any kind to any party.

**IT IS SO ORDERED.**

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 13, 2015